MARCH 25, 1985*

No. 83–1868. WHITE *v.* DOUGHERTY COUNTY BOARD OF EDUCATION ET AL. Affirmed on appeal from D. C. M. D. Ga. JUSTICE BLACKMUN and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.